# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1049-MSK-BNB

SAN JUAN CITIZENS ALLIANCE;                                    )
WILLIAM VANCE; and                                             )
JULIE VANCE,                                                   )
                                                               )
      Plaintiffs,                                                )
                                                               )
v.                                                             )
                                                               )
MARK STILES, in his official capacity as Forest               )
Supervisor for the San Juan National Forest and Center        )
Manager of the San Juan Public Lands;                         )
WALT BROWN, in his offical capacity as EIS Team               )
Leader for the San Juan National Forest;                              )
U.S. FOREST SERVICE, a Federal Agency within the        )
U.S. Department of Agriculture; and                           )
BUREAU OF LAND MANAGEMENT, a Federal                         )
Agency within the U.S. Department of Interior,               )
                                                               )
Defendants.                                                    )

_____

# ORDER

_____

**THIS MATTER** comes before the Court on the parties' Stipulation to Dismiss

with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  The Court, having

been fully advised, hereby **ORDERS** that this action shall be dismissed with prejudice.

Although the Motion did not so request, the accompanying Stipulated

Settlement Agreement anticipated that the Court retain jurisdiction for construing,

implementing or enforcing the agreement. Jurisdiction is reserved for that purpose.   All

hearings are vacated and the Clerk is directed to close the case.

**DATED:** June 21, 2005

BY THE COURT:

Marcia S. Krieger
United States District Judge

2